1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Marisa Davis

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

MARISA DAVIS,                        ) Case No.: CV 11-05422 SS
11                                    )
            Plaintiff,               ) {~~PROPOSED~~} ORDER AWARDING
12                                    ) EQUAL ACCESS TO JUSTICE ACT
       vs.                           ) ATTORNEY FEES AND EXPENSES
13                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
MICHAEL J. ASTRUE,                   ) AND COSTS PURSUANT TO 28
14  Commissioner of Social Security, ) U.S.C. § 1920
                                     )
15           Defendant               )
                                     )
16  _____      )

17

       Based upon the parties' Stipulation for the Award and Payment of Equal
18
Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $2,300.00 as
20
authorized by 28 U.S.C. § 2412 and costs in the amount of ($60.00) as authorized
21
by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
DATE:  March 15, 2012
23
                       _____/S/_____
24                     THE HONORABLE SUZANNE H. SEGAL
                       UNITED STATES MAGISTRATE JUDGE
25

26

                                    -1-